*Decisions on Petitions for Writs of Certiorari from April 11 to May 29, 1905.*

No. 598. PETER CAHILL, OWNER, ETC., PETITIONER, *v.* NORRIS AND CUMINGS DREDGING COMPANY; and No. 599. PETER CAHILL, OWNER, ETC., PETITIONER, *v.* ANNIE OLSEN, ADMINISTRATRIX, ETC. April 17, 1905. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. Macklin* and *Mr.*

*LaRoy S. Gove* for petitioner. *Mr. Albert A. Wray* for respondents.